# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| IN RE: ADOPTION OF A.C. III, A MINOR CHILD | : | No. 348 WAL 2017 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: E.A.B., THE NATURAL MOTHER | : | the Order of the Superior Court |
| | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 25th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.